**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6873**

WILLIAM A. MURPHEY,

                Plaintiff - Appellant,

        v.

GARY MAYNARD, Secy-DPSCS; JOHN ROWLEY, Commissioner of
Corrections; KATHLEEN GREEN, Warden, ECI; GREGORY WARD, ARP
Coordinator, ECI; STEVEN G. TURNAMIAN, M.D.; DAVID MATHIS,
M.D.; LYNN COLE, Reg. Manager-CMS; KEVIN JOHNSON, P.A. -
CMS; MELISSA HIPON HEXON, RN; DOCTOR JAHLALI, M.D.; MARYAM
MESSAFORASH, P.A.,

                Defendants - Appellees,

        and

DAVID C. DONAVAN, Dr.; CHARLES MEEHAM, Staff PRISM; STEPHEN
MEEHAM, Staff PRISM; PATRICK THOMAS, Staff Att. PRISM,

                Defendants.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, Chief District
Judge. (8:08-cv-01711-DKC)

Submitted: February 25, 2010          Decided: March 3, 2010

Before DUNCAN and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

William A. Murphey, Appellant Pro Se. Glenn William Bell, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland; Philip Melton Andrews, Katrina J. Dennis, KRAMON & GRAHAM, PA, Baltimore, Maryland, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William A. Murphey appeals the district court's orders denying his motion to appoint counsel, denying relief on his 42 U.S.C. § 1983 (2006) complaint, and denying his Fed. R. Civ. P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Murphey v. Maynard, No. 8:08-cv-01711-DKC (D. Md. filed Jan. 23, 2009 & entered Jan. 26, 2009; Mar. 16, 2009; filed Apr. 15, 2009 & entered Apr. 16, 2009). We deny Murphey's motion for a transcript at government expense and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED